**From the Plaintiff Pro Se**
Forrest L. "Lenny" Geist
1371 Oakmont St. #9
McPherson, KS 67460
C: (623) 687-4163

# IN THE U.S. DISTRICT COURT
## OF SEDWICK COUNTY, KANSAS

In the Matter of:

**FORREST L. "LENNY" GEIST,**

         **Plaintiff,**

vs.

**KANSAS STATE UNIVERSITY, ET AL,**

         **Defendants**

Case No. 6:23-cv-01129-JWB-KGG

**NOTICE OF CONTINUED DISRUPTIONS CAUSED BY US POSTAL SERVICE and SUPPORT FOR PRIOR TIME EXTENSION REQUEST TO RESPOND AND FILE, ETC.**

(Assigned to the Honorable Judge John Broomes and to the Honorable Judge Magistrate Kenneth G. Gale)

**COMES NOW** the Plaintiff, FORREST LENN GEIST, to notify the Court I received a text from the current resident at my previous residence in Overland Park (OP), Kansas the USPS is still delivering mail to said after submitting, confirming, and reconfirming my accurate and complete change-of-address form dated 6/8/2023. Tenant at OP home indicates some of the mail pieces originate from Lathrop GPM & Husch Blackwell (Defendants' legal representatives). I pray the Court grant my prior request dated 7/12/23 for an extension of 60 days through Labor Day observance to receive, review, and respond accordingly to include a <u>Response Brief</u>.

Respectfully submitted this **24th** day of July 2023.

**From the Plaintiff Pro Se**

*/s/ Forrest L. Geist*

Forrest L. "Lenny" Geist
1371 Oakmont St. #9
McPherson, KS 67460

**ORIGINAL FILED** with the Clerk by email this **24th** <u>day</u> of <u>July 2023</u>.