1

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

3

4

| | |
|---|---|
| **FORREST L. "LENNY" GEIST, Pro Se** | **Case No. 6:23-cv-01129-JWB-KGG** |
| **Plaintiff,** | |
| **and** | **MOTION TO REMOVE DEFENDANTS'** |
| **Kansas State University,** | **COUNSEL FOR CONFLICTS OF** |
| **Lt. Governor David Toland,** | **INTEREST, ETHICS PROTOCOLS, AND/OR** |
| **Network Kansas, and** | **JEOPARDIZING FAIRNESS, ETC.** |
| **NW KS Economic Innovation Ctr., et al.** | |
| **Defendants** | **(Assigned to Judge John W. Broomes )** |

5

6

7

8

9

10

        Comes now Plaintiff, Forrest L. "Lenny" Geist, herein also referred to as "I' or "me" and represented pro se moves to have certain Defendants' legal representatives removed for conflicts of interest in the above matter.

11

12

13

14

        I met with Jack Epps, Foulston Siefkin, Friday, May 31, 2019 to discuss in confidence core components of my Intellectual Property (IP) including validity and viability. I exchanged privileged communications (emails) with Mr. Epps directly involving contested elements of this legal matter.  Other Foulston Siefkin attorneys received privileged communications from me prior to filing case on April 28, 2023.  Consistent with **Kan. R. Rel. Disc. Att. 1.6 – 1.9** and **Rule 240 1.10,** no one at Foulston Siefkin is allowed to represent any Defendant in the legal matter at hand.

15

16

17

        I met with Kip Randall, Husch Blackwell, in person Tuesday, Feb. 22, 2022 in confidence to discuss core components of my Intellectual Property (IP).  I exchanged privileged communications with Mr. Randall and others at the firm prior to filing this case on stated date. Per noted rule, statutes, and/or Kansas Bar ethical standards, no one at Husch Blackwell is allowed to represent any Defendant in this matter as fairness would be clearly jeopardized.

18

19

20

21

        I communicated with the two primary principles at the Klenda Austerman law firm earlier this year prior to the same filing date herein. My privileged communications with Greg Klenda and Gary Austerman included relevant and protected information about my IP.  Per cited restrictions, no one from the Klenda Austerman law firm may represent any Defendant in this matter.  I have included screenshots to verify my grounds for removal of the 3 firms in question as well as any/all associates present or past who could have accessed my proprietary data. **(Exhibit A)**.

22

23

24

25

        Further, I communicated in confidence with Eric Namee at the Hinkle Law Firm on May 7, 2019 @ 4:09pm regarding critical, proprietary, sensitive topics now contested in the matter.  I respectfully request no one from the Hinkle Law Firm be allowed to represent any Defendant in this case due to bona fide, documentable concerns of conflicts of interest, ethical restrictions, and/or jeopardizing the fairness to all Parties involved. I wish to make it clear that I do not insinuate any wrongdoing by the particular attorneys named herein. I thank you in advance for your understanding of my concerns and relieving these firms of their duties in this matter.

26

1

2
RESEPCTFULLLY SUBMITTED

this **9th** Day of **August** , **2023**

3

4
**From the Plaintiff, Pro Se**

5

6


7

8
_____
**Forrest L. "Lenny" Geist**
**1371 Oakmont St. #9**
**McPherson, KS 67460**

9

10
**CEO – Developer – Sponsor**
**Kansas Freedom Farms, LLC**
**KansasFreedomFarms.com**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

# **EXHIBIT A**







