# EXHIBIT Q

**KANSAS STATE UNIVERSITY**

Kansas State University › Division of Communications and Marketing › K-State Today › From Provost Mason and Vice President Bosco: Invitation to st...

## K-State Today

- Current Issue
- Archive
- Contribute
- Guidelines

**Other publications**
- K-State Olathe newsletter
- Global Campus' WorldWide Wildcats
- K-State Research and Extension newsletter
- The Collegian

**Other resources**
- In the news
- Job opportunities
- Professional development
- Wildcat Watch



**Division of Communications and Marketing**
Kansas State University
128 Dole Hall
1525 Mid-Campus Drive North
Manhattan, KS 66506
785-532-2535
vpcm@k-state.edu

### May 1, 2018

### From Provost Mason and Vice President Bosco: Invitation to strategic enrollment management planning meeting

Submitted by April Mason and Pat Bosco



After months of work and collaboration, the strategic enrollment management plan is nearing completion. Throughout the spring semester, our Huron consulting partners worked with the Steering Committee, the Data Information team and many of you across campus. Our focus was to understand current enrollment practices and reimagine directions for recruitment, financial aid and scholarships and student retention. We are happy to report the assessment and recommendations will be ready in May as planned.

The plan will be based on primary market research, an intensive analysis of undergraduate, graduate, global and international student enrollment data, interviews with more than 300 stakeholders across campus — including students, faculty, staff and administrators — and multiple work sessions with the steering committee and our Huron partners.

The planning process is being facilitated by Huron Consulting Group, however, this is a K-State owned and led initiative. On behalf of the Steering Committee and our Huron partners, we would like to invite interested faculty, staff and students to attend a strategic enrollment planning meeting from 10-11:30 a.m., Friday, May 18, in 1109 Engineering Hall. Planning team members will highlight key findings and recommendations to enhance enrollment, recruit and retain a talented, diverse student body, and improve overall student success at Kansas State University. This meeting will also provide an opportunity to gather feedback on the recommendations and discuss how we can move forward collectively in a coordinated, data-driven way to achieve sustainable enrollment success.

The meeting's presentation and an opportunity to provide comments will also be shared on the Strategic Enrollment Management website.