# EXHIBIT S



Office of the Registrar

Strategic Plan

2017 – 2020

As clearly and inarguably noted in the Kansas State University Office of the Registrar's copy of the prevailing Strategic Plan at the time, ***there is no mention of "K-State 105"*** or any goal to conceive, design, and deploy new real property developments across all 105 Kansas counties to attract $3.0B worth of investment capital (illegal/unregistered broker-dealer activities) in order to own and operate businesses, cyber/data security, new housing, childcare, medical facilities, or any other amenities and features host communities and surrounding residents need & want. The Defendants' ambitions depicted in a "K-State 105" project were taken from my original work.

# EXHIBIT S (cont'd)

**Purpose of the Strategic Plan**

1. Set direction and priorities
2. Clarify decision making
3. Communicate the message/direction

**Guiding Principles for the Office of the Registrar**

- Be a leader in the development of campus systems that tie the academic and administrative functions together in the quest for academic excellence.
- Validate the data that is flowing into and out of the system to ensure the utmost integrity thereof.
- Be a knowledge resource to all the system users of student information.
- Develop a deeper, communication-based relationship with our constituents.
- Enhance staff skills through professional development opportunities.
- Provide a work environment that encourages staff development and growth; fosters a sense of community and caring; accommodates changing business needs with physical space and ergonomics in mind; and promotes friendliness, collegiality, and an appreciation for one another.

**Mission, Visionary Goal, Role and Core Values**

**Kansas State University Mission**

The mission of Kansas State University is to foster excellent teaching, research, and service that develop a highly skilled and educated citizenry necessary to advancing the well-being of Kansas, the nation, and the international community. The university embraces diversity, encourages engagement, and is committed to the discovery of knowledge, the education of undergraduate and graduate students, and improvement in the quality of life and standard of living of those we serve.

**Kansas State University Visionary Goal**

By 2025, Kansas State University will be recognized as one of the nation's Top 50 Public Research Universities.

Per the Kansas State University Registrar's webpage and downloadable documents, KSU had never envisioned, planned, or prepared for establishing a second statewide network of 105 real estate developments and/or complementary businesses until the university, the KSU Foundation, and other fiduciaries (defendants) conspired to misappropriate my private plans to do fore said to unlawfully enrich themselves.  New (edited/updated) KSU messages try to make viewers believe "K-State 105" began years ago. If so, **why no press conference until 1/17/23?**

6