# EXHIBIT T



## K-State begins state outreach with Flint forum

Michael Neary mneary@themercury.com   Sep 2, 2022

Kansas State University on Thursday kicked off its community visit initiative in Manhattan as officials attempt to boost student enrollment.

K-State President Richard Linton and students Kady Figge and Mark Estares replied to questions and shared experiences during a community forum at the Hilton Garden Inn Thursday morning. The forum began a presidential initiative to visit nine communities throughout the state every academic year to learn about the lives of Kansans, as university officials previously announced.

"We're trying to reverse a national trend relative to student enrollment, and it's all about amplifying the message about the incredible students we have and the incredible student experience that we have," Linton said.

Linton also replied to questions from James Genandt, president of Manhattan Area Technical College, who touched on the topic of collaboration with area colleges, including Manhattan Christian College and MATC.

"As we look at higher education after it is transforming and changing, especially after COVID, the technical colleges, the community colleges, and the four-year providing universities and colleges need to be collectively working together to be able to provide the education that is needed to enhance the quality of life," Linton said.