# EXHIBIT U

USPS Tracking®
Tracking
FAQs
Track Packages Anytime, Anywhere
Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More
Tracking Number:
9505512504713254824453
Copy
Add to Informed Delivery
Remove
Latest Update
Your item was picked up at a postal facility at 10:48 am on September 13, 2023 in OGDEN, UT 84404.
Get More Out of USPS Tracking:
USPS Tracking Plus®
Delivered
Delivered, Individual Picked Up at Postal Facility
OGDEN, UT 84404
September 13, 2023, 10:48 am
See All Tracking History
What Do USPS Tracking Statuses Mean?

