# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**FORREST L. "LENNY" GEIST, Pro Se**

**Plaintiff,**

**and**

**Kansas State University,**
**Lt. Governor David Toland, et al.**

**Defendants**

**Case No. 6:23-cv-01129-JWB-GEB**

**MOTION FOR CONTINUANCE AND/OR STAY OF PROCEEDINGS**

**(Assigned to Judge John W. Broomes )**

   Comes now Plaintiff, Forrest L. "Lenny" Geist, herein also referred to as "I' or "me" and represented pro se, to move for a continuance of this matter and/or stay of proceedings until law enforcement officials and/or regulatory agencies complete their respective investigations into criminal allegations related to this matter. The organizations' findings will be paramount to the civil discovery process and cause a much more efficient use of public resources.

   I spoke with the FBI agent on duty at the Kansas City, MO field office on Tuesday, May 16, 2023 and again with her by phone two days later regarding criminal components directly related to this matter. I spoke at length with John Eichkorn, Director of Compliance, at the [Kansas Insurance Dept](). (KID) on 10/12/23 after his receipt of and direction by the federal Securities & Exchange Commission (SEC) to follow up on my complaint to the SEC against defendants acting in bad faith as unregistered investment (capital) solicitors and related securities violations, etc.

   I have a letter from Tresa Williams **(Exhibit V)** with the Internal Revenue Service (IRS) dated Sept. 27, 2023 acknowledging her agency received [Form 211]() (Whistleblower) from me in addition to related evidence that includes defendants' self-incriminating civil filings.  Her letter advised me an IRS investigation of this magnitude requires staff and resources while guiding, also, that the agency will be in touch with me as prudent.  The case number is **2023-016965** for the agency's investigation into the defendants' historical tax filings and related materials.

   Preceding these investigations, I filed a formal, written, victim's complaint with Capt. Jordan Baxter of the McPherson County Sheriff's Office on Monday, May 8, 2023 after consultation with the McPherson County District Attorney Jennifer Wyatt.  Shortly after visiting in person with Capt. Baxter, he referred me to the FBI in Kansas City. This compelled the aforementioned meeting with an FBI agent on 5/16/23.  Mr. Eichkorn, as well, confirmed his bureau's relationship with the FBI and indicated his team could/would be coordinating its due diligence with the FBI.

   In a previous filing, I noted State Representative Les Mason (R-73) communicated directly with the Kansas Bureau of Investigation (KBI) in regard to this matter and Defendant's potential misappropriation of public funds by way of solicited resources from the State Legislature's Appropriations Committee of which Mr. Mason is a member. Representative Mason advised me his source(s) within the KBI would be cooperating with the FBI as well as any other law enforcement bureaus and/or regulatory agencies to include  state-level as well as federal organizations.

1
2
3
4

      Additionally, the Kansas State Legislature will resume its general session very soon and is scheduled to begin said assembly Monday, January 8, 2024 at 2:00 PM CT with anticipated conclusion of such in May of 2024. The Legislature, having approved $10M in appropriations to Defendants earlier this year using approaches alleged to be false pretenses, should be afforded the ability to conduct internal investigations and pertinent interrogatories for potential ethics issues &/or criminal conduct that may involve Judiciary Committees. It's fair, prudent, and wise to enable their functions and a better use of resources to allow lawmakers to perform w/o unnecessary deadlines, etc.

5
6
7

      In this context, I anticipate further communications with the Dept. of Justice (DOJ) and other agencies that may/will provide formidable evidence, identification of potential witnesses for any or all Parties involved with this civil case, and may obtain legal precedence and/or rulings that materially impact both civil and criminal complaints.

8
9
10
11

      My conversation last week with Mr. Eichkorn denotes the SEC and the KID are, respectively, the fourth and fifth law enforcement bureau or regulatory agency with which I've communicated directly that suggest investigations are underway or likely to be so in the near future.  It is prudent and sensible to allow these publicly-funded agencies to conduct their information gathering activities to completion before advancing any more civil procedures or rulings. All Parties, the Court, and the public benefit from allowing said investigative organizations to function effectively and as cost-effectively as possible without causing probable duplication of efforts and costs that deplete resources.

12
13
14
15

      A continuance or stay of proceedings will ensure civil discovery is more efficient, effective, and useful while allowing for better preparation for all. Premature proceedings will result in prolonged court time and costs to all Parties when additional evidence is introduced, depositions or testimonies procured, and witnesses are identified and contacted.  Making any rulings now or moving forward beyond the joint stipulation agreed to by the Parties that will be filed on or before Wed., Oct. 18, 2023, could or would expose decisions to reversals &/or to be set aside, etc.

16
17
18
19

      It is fair, reasonable, and prudent to pause all civil proceedings, excepting for the joint stipulation noted, to allow for our law enforcement and elected officials to conduct explorations and make determinations that materially impact this civil matter we have at hand.  I trust Judge Broomes will grant a continuance for 12 months or a period of time he believes is sufficient or will stay these civil proceedings until which time multiple, important investigations are finished so those findings can be efficiently and effectively entered into the civil discovery process if necessary.

20
21
22
23
24

                                              RESEPCTFULLLY SUBMITTED

                                              this **17th** Day of **October**, **2023**

                                              **From the Plaintiff, Pro Se**

                                              */s/ Forrest L. Geist*

                                              **Forrest L. "Lenny" Geist**

25
26

      **ORIGINAL FILED** with the Clerk by email this **17th day** of **October 2023.**
Defendants' Counsel noticed simultaneously.

# EXHIBIT V



**Department of the Treasury**
**Internal Revenue Service**
**Whistleblower Office**

Date: September 27, 2023
Claim Number: 2023-016965
RE: KANS

Contact telephone number:
(801) 620-2169
Contact Address:
Internal Revenue Service
Whistleblower Office - ICE
M/S 4110
1973 N Rulon White Blvd
Ogden, UT 84404

FORREST L GEIST
1371 OAKMONT ST #9
MCPHERSON, KS 67460-2513

Dear Forrest L Geist:

We received your Form 211 with the information you furnished and have assigned the above claim number(s). We will evaluate the information you provided to determine if an investigation is warranted and an award is appropriate. Please retain this notice for future reference.

If we initiate an investigation as a result of your information, it is important to understand that it could take several years until final resolution of all tax matters. This is especially true if the taxpayer exercises all administrative and judicial appeal rights. In addition, before we can pay an award, we must collect any additional taxes, penalties, or fines, assessed by reason of your information. Collection action could also take several years.

At the conclusion of our review and/or investigation, we will only be able to tell you whether or not the information you provided met our criteria for paying an award. Unfortunately, we cannot tell you specific details about what actions we took, if any, using the information you gave us. Internal Revenue Code Section 6103 protects the tax information of all taxpayers and prevents us from making these disclosures.

We will notify you as soon as all actions relating to your claim have been completed. Please note that we will be sending all correspondence from this office regarding this claim to you at the address you provided. If you move or change the address to which you want correspondence directed, you must inform this office in writing of the change of address. Failure to notify this office of a change of address regarding this claim could result in you not receiving time-sensitive correspondence.

Additional information about the whistleblower claim process can be found in Publication 5251, The Whistleblower Claim Process. Publication 5251 can be found online at IRS.gov.

Sincerely,

/s/ Tresa Williams for

Whistleblower Office