# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

| | |
|---|---|
| **FORREST L. GEIST,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**KANSAS STATE UNIVERSITY FOUNDATION, et al.,**<br><br>      **Defendants.** | Case No. 23-01129-JWB |

## JUDGMENT IN A CIVIL CASE

☐      Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒      Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to memorandum and order filed November 21, 2023, Counts III, IX, and X are DISMISSED WITH PREJUDICE as to KSUF, Northwest Kansas Economic Innovation Center, Inc., Western Kansas Rural Economic Development Alliance, Grow Hays, Inc., and NetWork Kansas. The remainder of this action is DISMISSED WITHOUT PREJUDICE.


    November 21, 2023                                SKYLER O'HARA
        Date                                           CLERK OF THE DISTRICT COURT

                                                                     by:   s/ Rachael Silva
                                                                             Deputy Clerk