FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)  Form 1  March 2023

# UNITED STATES
## DISTRICT COURT FOR THE DISTRICT OF KANSAS

### NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 6:23-cv-01129-JWB-GEB

Case title being appealed: Geist v. Kansas State Univ et al

Date of final judgment or order being appealed: 11/21/2023

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Forrest L. "Lenny" Geist, Pro Se

Date: 12/18/2023

Signature: *[signed]*

Name: Forrest L. "Lenny" Geist

Address: 1371 Oakmont St. # 9

McPherson, KS 67460

Phone Number: (623) 687-4163

Email Address: KansasFreedomFarms@gmail.com