# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

January 13, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

     Re:  Forrest L. Geist
           v. Kansas State University Foundation, et al.
           No. 24-729
           (Your No. 23-3266)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 7, 2024 and placed on the docket January 13, 2025 as No. 24-729.

                Sincerely,

                **Scott S. Harris**, Clerk

                by

                Angela Jimenez
                Case Analyst